| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Williams, Stephen F. | 2. Court or Organization U.S. Court of Appeals, DC Ci | 3. Date of Report 05/15/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge, Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

U.S. Court of Appeals
333 Constitution Avenue, NW
Washington, DC 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | DC Public Schools (S) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Colorado | February 10-February 14, 2011 | Silicon Flatirons Program, Boulder, Colorado | Panel discussion, telecom | Transportation, food and lodging |
| 2. | School of Trans-National Law | February 22-March 2, 2011 | Shenzhen, China | Teach classes | Transportation, food and lodging |
| 3. | Mentor Group | April 9-April 17, 2011 | Stanford Law School, Stanford CA | Panel discussions | Transportation, food and lodging |
| 4. | Federalist Society | October 17, 2011 | Columbia Law School, NY | Deliver lecture | Transportation, food and lodging |
| 5. | Univ. of Penn Law | October 24, 2011 | Univ. of Penn Law School, Philadelphia, PA | Book Symposium | Transportation, food and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust # 1 Chase Manhattan (J.P. Morgan mutual funds) N.1 | B | Int/Div | L | T | | | | | |
| 2. Dreyfus S&P 500 Fund | B | Dividend | L | T | | | | | |
| 3. Dreyfus S&P 500 Fund (S) | D | Dividend | N | T | | | | | |
| 4. Vanguard Index 500 | D | Dividend | M | T | | | | | |
| 5. Vanguard Prime MM Fund | A | Dividend | K | T | | | | | |
| 6. Vanguard Index 500 (S) | D | Dividend | N | T | | | | | |
| 7. Vanguard Mid-Cap Index | D | Dividend | N | T | | | | | |
| 8. Vanguard Prime MM Fund (S) | A | Dividend | J | T | | | | | |
| 9. Vanguard Mid-Cap Index (S) | C | Dividend | N | T | | | | | |
| 10. Barrick Gold Corp. | A | Dividend | K | T | | | | | |
| 11. Gold Corp., Inc | A | Dividend | K | T | | | | | |
| 12. House, Boulder, CO | D | Rent | O | W | | | | | |
| 13. PNC Bank (J) | A | Interest | L | T | | | | | |
| 14. TIAA CREF Ret. Annuities | C | Distribution | M | T | | | | | |
| 15. Nestle | A | Dividend | L | T | | | | | |
| 16. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 17. Questar | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. QEP Resources | A | Dividend | K | T | | | | | |
| 19. Bank of America | A | Dividend | J | T | | | | | |
| 20. Merck | A | Dividend | K | T | | | | | |
| 21. JP Morgan Access Balanced Fund | D | Dividend | L | T | | | | | |
| 22. JP Morgan Access Growth Fund | B | Dividend | L | T | Buy | 02/18/11 | M | | |
| 23. JP Morgan cash reserve. | A | Int./Div. | K | T | | | | | |
| 24. JP Morgan Access Balanced Fund (S) | D | Dividend | L | T | | | | | |
| 25. JP Morgan Access Growth Fund (S) | A | Dividend | L | T | Buy | 02/18/11 | M | | |
| 26. JP Morgan Money Market Deposit Account (S) | A | Int./Div. | | | Sold | 02/18/11 | L | | |
| 27. JP Morgan cash reserve (S) | A | Int./Div. | J | T | | | | | |
| 28. Trust No. 2, BNY Mellon, Dreyfus Mutual Funds | A | Dividend | K | T | | | | | |
| 29. BNY Mellon Mutual Funds | A | Dividend | L | T | | | | | |
| 30. BNY Mellon Cash Reserve Account | A | Dividend | J | T | | | | | |
| 31. ETF Vanguard Emerging Markets | A | Dividend | J | T | | | | | |
| 32. Strategic Global Stock Fund | A | Dividend | J | T | | | | | |
| 33. Vanguard Prime MoneyMarket (CDW-T) N. 3 | A | Dividend | K | T | | | | | |
| 34. Mid-Cap Index Vanguard (CDW-T) | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PRIME Cap, Vanguard (CDW-T) | A | Dividend | L | T | | | | | |
| 36. Total Int'l Stock Index, Vanguard (CDW-T) | C | Dividend | L | T | | | | | |
| 37. JP Morgan cash reserve (CDW-T) | A | Int./Div. | K | T | | | | | |
| 38. JP Morgan Access Balanced Fund (CDW-T) | B | Dividend | N | T | | | | | |
| 39. JP Morgan Money Market Deposit Account | A | Int./Div. | | | Sold | 02/17/11 | M | | |
| 40. JP Morgan, cash reserve (IRA) | A | Int./Div. | L | T | | | | | |
| 41. JP Morgan Access Balanced Fund (IRA) | D | Dividend | O | T | | | | | |
| 42. Morgan Stanley 2-YR Asian Outperformance Note (IRA) | | None | K | T | | | | | |
| 43. Goldman Sachs SPX Bren (IRA) | | None | | | Redeemed | 06/10/11 | K | C | |
| 44. Morgan Stanley Market Plus SPX (IRA) | | None | K | T | | | | | |
| 45. Barclays Bren Commodities Note (10/2/12) (IRA) | | None | K | T | Buy | 03/25/11 | K | | |
| 46. BNP Paribas Emerging Consumer Products Note (IRA) | | None | | | Sold | 05/11/11 | K | C | |
| 47. Goldman Sachs SPX Note (6/10/12) (IRA) | | None | L | T | Buy | 06/10/11 | K | | |
| 48. JP Morgan Short Duration Bond Fund | A | Dividend | M | T | | | | | |
| 49. JP Morgan Access Balanced Fund (S - IRA) | A | Dividend | M | T | | | | | |
| 50. JP Morgan cash reserve (S-IRA) | A | Interest | J | T | | | | | |
| 51. SSgA Age Based 2010 (S - IRA)) N.4 | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. This is a trust established by my grandparents of which I am a life beneficiary.

2. The assets noted on this and the next four lines are held by a testamentary trust established by my mother of which I am the life beneficiary.

3. "(CDW-T)" signifies that the asset is held by a testamentary trust established by my father, of which I am the life beneficiary.

4. My ▮▮▮ entitlement to this is in dispute. I will report the dispute's resolution when it occurs.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen F. Williams**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544